**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                       CASE NO.  3:00cr12LAC

WAYNE SANDER

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on     JUNE 12, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE         on 6/4/08            Doc.# 394

RESPONSES:

                                                       on                 Doc.#
                                                       on                 Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Mary Maloy
LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of August, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) At sentencing, the defendant was held accountable for 87.2 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

                                                             s/L.A. Collier
                                                         **LACEY A. COLLIER**
Entered On Docket: _____ By: __ ***Senior United States District Judge***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.